IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HLAVINKA EQUIPMENT CO., <br><br> Plaintiff, <br><br> vs. <br><br> CLAAS OF AMERICA, INC., <br><br> Defendant. | 8:22CV379 <br><br><br> ORDER |

Defendant and Counterclaim Plaintiff CLAAS of America, Inc. and Plaintiff and Counterclaim Defendant Hlavinka Equipment Co. filed a Joint Motion to Extend Deadline to File Objections, if any, and to Stay Discovery Deadline. (Filing No. 104).

IT IS ORDERED,

1) The parties' motion for an extension to file objections to the Court's Order on the parties' cross-motions to compel, Filing No. 103, is granted. The parties shall file their objections, if any, on or before March 15, 2024.

2) The parties' motion to stay the March 15, 2024, discovery deadline set by the Court in its Order, Filing No. 103, is granted in part. The March 15, 2024, discovery deadline is stayed pending further order of the Court.

3) The parties' motion to submit an amended final progression order is denied.

4) A status conference to discuss case progression will be held before the undersigned magistrate judge on **March 19, 2024, at 10:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

Dated this 28th day of February, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge