IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HLAVINKA EQUIPMENT CO.,<br><br>    Plaintiff,<br><br>vs.<br><br>CLAAS OF AMERICA, INC., DYLAN DIAZ, MATTHIES RISTOW, MARK OEHMKE, NICK JACOBSEN, and G. ERIC RABY,<br><br>    Defendants. | **8:22CV379**<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the parties' Joint Stipulation for Dismissal (Filing No. 110). The Court, being advised in the premises, finds that an Order of Dismissal is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action is dismissed in its entirety, including all claims, counterclaims and defenses, with prejudice.

Dated this 2nd day of April, 2024.

                BY THE COURT:

                s/ Joseph F. Bataillon
                Senior United States District Judge